# FULBRIGHT & JAWORSKI L.L.P.

A REGISTERED LIMITED LIABILITY PARTNERSHIP
2200 ROSS AVENUE, SUITE 2800
DALLAS, TEXAS 75201-2784
WWW.FULBRIGHT.COM

BRETT C. GOVETT  
PARTNER  
BGOVETT@FULBRIGHT.COM

DIRECT DIAL:     (214) 855-8118  
TELEPHONE:    (214) 855-8000  
FACSIMILE:     (214) 855-8200

July 7, 2009

Honorable Ron Clark  *Via Electronic Filing*
United States District Court
Eastern District of Texas
300 Willow Street, Suite 221
Beaumont, Texas 77701

     Re:    Cause No. 9:07-cv-114; ***LunarEye, Inc. vs. WebTech Wireless, Inc***.

Dear Judge Clark:

     Before our conference call yesterday, WebTech was under the impression (based on the June 30th correspondence from Jody Frampton) that trial would be set in April or May 2010. February 12th through February 28th is the Vancouver 2010 Winter Olympics. WebTech is based in Burnaby, which is a suburb of Vancouver. WebTech's witnesses have had tickets to these Olympic Games for some time, as they are a once in a lifetime event. I did not think of this when the Court mentioned the January and February 2010 trial dates. WebTech immediately reminded me of this once I informed them of a February 2010 trial setting.

     I have visited with counsel for LunarEye who has no opposition to the following request. WebTech respectfully requests that should trial be set for February 2010, that it conclude no later than February 9th so as to allow the WebTech witnesses time to return home for the opening ceremonies of the 2010 Winter Olympics on February 12, 2010. Given the event, flight schedules into Vancouver may be difficult.

     As always, thank you for your consideration of this request. Please do not hesitate to have a member of your staff contact me should you have any questions or comments.

                    Respectfully submitted,

                    ***Brett C. Govett***

                    Brett C. Govett

BCG/sh

cc:    Edwin Armistead Easterby, Esq.                  aeasterby@williamsbailey.com  
       Lead Counsel – LunarEye, Inc.

70570530.1

AUSTIN • BEIJING • DALLAS • DENVER • DUBAI • HONG KONG • HOUSTON • LONDON • LOS ANGELES • MINNEAPOLIS
MUNICH • NEW YORK • RIYADH • SAN ANTONIO • ST. LOUIS • WASHINGTON DC