# Exhibit A

**CLAIM CHART FOR U.S. PATENT NO. 6,484,035**

| Claim 3 | Agreed Constructions |
|---|---|
| 3. A triggerable location-reporting apparatus comprising: | |
| a location-signal generating device configured to produce a location signal including location data when enabled; | |
| a data selecting device for selecting less than all of the location data to include in the location signal; | "**a data selecting device for selecting less than all of the location data to include in the location signal**" -- "a microprocessor or other computing device together with firmware/software that selects less than all of the location data to include in the location signal." |
| a telemetry transmitter coupled to the data selecting device configured to transmit the location signal when enabled; | From previous Markman Order:<br><br>"**telemetry transmitter**" – "a device that transfers measurable data using telecommunication techniques or methods." |
| and an enable controller configured to enable the location-signal generating device and the telemetry transmitter when it receives a trigger signal and to disable the location-signal generating device and the telemetry transmitter after the telemetry transmitter transmits the location signal; | From previous Markman Order:<br><br>"**enable controller**" – "a microprocessor or other computing device."<br><br>"**enabled**" – "fully operational and performing its function."<br><br>"**to enable**" – "to place in a condition which is fully operational and performing its function."<br><br>"**to disable**" – "to place into a condition which is not fully operational and performing its function." |
| wherein the data selecting device reorders the selected location data. | "**wherein the data selecting device reorders the selected location data**" – "the same microprocessor or other computing device together with firmware/software also changes the order of the selected location data." |