# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# LUFKIN DIVISION

| | | |
|---|---|---|
| LUNAREYE, INC., | § § § | |
| Plaintiff, | § § | |
| v. | § § § | Civil Action No. 9:07-CV-114 |
| WEBTECH WIRELESS INC., | § § | |
| Defendant. | § § § | |

## JOINT MOTION TO DISMISS WITH PREJUDICE

Plaintiff LunarEye, Inc. ("Plaintiff") and Defendant WebTech Wireless Inc. ("Defendant") file this Joint Motion to Dismiss with Prejudice. Plaintiff and Defendant to the above-captioned action have settled their claims pursuant to confidential terms. Plaintiff and Defendant respectfully request that the court dismiss all claims filed by each party or which could have been filed by each party with prejudice against filing same. Further, Plaintiff and Defendant further agree to bear their own expenses, costs of court, and attorneys' fees.

WHEREFORE, PREMISES CONSIDERED, Plaintiff and Defendant respectfully request that the court DISMISS all claims and counterclaims filed by each party WITH PREJUDICE to the refiling of same or any part thereof; order that all costs and fees be borne by the party incurring same, enter the Order of Dismissal filed with this Joint Motion; and deny all other relief not expressly granted in the Order of Dismissal.

Dated: December 23, 2009.

| | |
|---|---|
| _/s/ Armi Easterby_<br>E. Armistead "Armi" Easterby<br>Texas Bar No. 00796500<br>Federal ID: 20598<br>Williams Bailey Law Firm, L.L.P.<br>8551 Gulf Freeway, Suite 600<br>Houston, TX 77017<br>Telephone: (713) 230-2308<br>Facsimile: (713) 643-6226<br><br>**COUNSEL FOR PLAINTIFF**<br>**LUNAREYE, INC.** | _/s/ Brett C. Govett_<br>Brett C. Govett<br>Texas Bar No. 08235900<br>Email: bgovett@fulbright.com<br>Kirby B. Drake<br>Texas Bar No. 24036502<br>Email: kdrake@fulbright.com<br>FULBRIGHT & JAWORSKI L.L.P.<br>2200 Ross Avenue, Suite 2800<br>Dallas, Texas 75201-2784<br>Telephone: (214) 855-8000<br>Facsimile: (214) 855-8200<br><br>**COUNSEL FOR DEFENDANT**<br>**WEBTECH WIRELESS, INC.** |